IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE ORDER REQUIRING

SABRE

TO ASSIST IN THE EXECUTION OF AN
ARREST WARRANT ISSUED BY THIS
COURT

Case No. 15-880

ORDER

**FILED**

DEC 1 0 2015

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

REDACTED BY ORDER OF 12-2-2022 AT 21-MC-52

Before the Court is the Government's motion for an order requiring Sabre to assist law enforcement agents in the arrest of a known fugitive. It appearing, to the satisfaction of the Court, that there is reason to believe that the information sought in said application will aid in the execution of a federal arrest warrant as well as the investigation and prosecution of criminal activities, namely violations ████████████████████████████████████████ ████████████████████████████████████████ ███ it is hereby ORDERED, pursuant to the All Writs Act, Title 28, United States Code, Section 1651(a), that the Authorized Custodian of Records of Sabre, or its designees, assist in the execution of a federal arrest warrant by providing to the United States Attorney and his designees and/or the Federal Bureau of Investigation ("FBI"), all records and services for any accounts associated with the following information:

Name: ███████████████
Alias(es): ██████████
Address: ███████████████████
Phone number: ██████████
Credit card number: ████████
Passport number: ████████

(the "Traveler").

It is further ORDERED that Sabre shall provide the United States Attorney and/or representatives of the FBI complete and contemporaneous "real time" account activity information of the Traveler on a weekly, ongoing basis by telephone contact, email, and/or facsimile transmission, for a period of two years from the date of this Order, unless sooner renewed. Sabre shall not intercept, nor shall Sabre provide, the content of any wire or electronic communications.

It is further ORDERED that this Order and Application are sealed until otherwise ordered by the Court, and that Sabre and its agents and employees shall not disclose the existence of, or the information disclosed pursuant to, the Application and this Order of the Court to any person, or to its attorney for the purpose for receiving legal advice, or to authorized representatives of the United States Attorney and his designees, or to the FBI, unless and until further order of this Court.



UNITED STATES DISTRICT COURT JUDGE

Date: 

3:10 p.m. EST
at Pittsburgh, PA.